## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA

vs.

DEANN TACKMAN

Case Nos.: 1:24-cr-00006-AKB
1:24-cr-00008-AKB

**APPLICATION FOR WRIT OF
HABEAS CORPUS**

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum                    () ad Testificandum

Name of Detainee: Deann Tackman, A.K.A. Linda Deann BASSETT; IDOC #: <u>579138</u>

Custodian: <u>Idaho Commission of Pardons and Parole c/o Canyon County Jail</u>
219 N. 12th Ave.
Caldwell, ID 83605

Detainee is:  (✓) charged in this District by <u>Indictment</u>
or
() is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: <u>February 12, 2024 at 11:30 a.m., Courtroom 7</u>
<u>United States Courthouse in Boise, Idaho</u>

Before:  <u>Chief U.S. Magistrate Judge Raymond E. Patricco</u>
(Judicial Officer)

Dated: <u>February 1, 2024</u>

*/s/ David J. Morse*_____
DAVID J. MORSE
Assistant United States Attorney

<u>Writ of Habeas Corpus</u>

(✓) ad Prosequendum                    () ad Testificandum

The application is GRANTED and the above-named custodian, as well as the U.S. Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause.  At the conclusion of these proceedings, the U.S. Marshal shall return the detainee to the above-named custodian.

Dated:   February 1, 2024_____

_____
The Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge