**AARON HOOPER, ISB No. 9300**
**Merritt Decker, ISB No. 8940**
**Erica Marshall, ISB No. 11348**
HOOPER, MITCHELL & ASSOCIATES, PLLC
600 East Riverpark Lane, Suite 200
Boise, Idaho, 83706
Telephone: (208) 314-0440
Email: aaron@hoopermitchell.com
       merritt@hoopermitchell.com
       erica@hoopermitchell.com
ATTORNEY FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANN TACKMAN,<br><br>Defendant. | Case No.: 1:24-cr-00008-AKB<br>              1:24-cr-00006-AKB<br><br>**DEFENDANT'S FIRST UNOPPOSED MOTION TO CONTINUE SENTENCING** |

COMES NOW, Deann Tackman, the Defendant, by and through her attorney of record, D. Aaron Hooper, of Hooper Mitchell & Associates, PLLC, and hereby moves this Court to continue the Sentencing Hearing currently scheduled for August 6th, 2024, at 11:00 a.m.

This motion is based on the attached Declaration of Counsel and is unopposed by the Government. Defendant respectfully requests the Court to continue the Sentencing Hearing for no less than (60) days and no more than (90) days, based on the reasons set forth in undersigned counsel's Declaration.

DATED this June 17th, 2024.

By _____
D. AARON HOOPER
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true and correct copy of the foregoing by ECF Notification to the following:

DAVID J. MORSE                                      - email
Assistant United States Attorney      x    electronically served
david.morse@usdogj.gov

DATED: June 17th, 2024

_____
D. AARON HOOPER
Attorney for the Defendant